# EXHIBIT #1

Paid

**Contact Info**

Address

Phone Number

**Comment**

## CONGRESS COLLECTION

**Account Info**

| | |
|---|---|
| Account Name | **CONGRESS COLLECTION** |
| Account Number | **181674X** |
| Account Type | **Collection** |
| Responsibility | **Individual** |
| Date Opened | **03/26/2019** |
| Status | **Paid, Closed.** |
| Status Updated | **Sep 2020** |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | $0 |
| Original Balance | $147 |
| Highest Balance | $0 |
| Terms | 1 Months |

**Payment History**

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 |   |   |   |   |   |   |   |   | CLS | — | — | — |
| 2019 | — | — | — | — |   |   |   |   |   |   |   |   |

CLS  Closed      Collection



**Balance History**

Date **Aug 2020**
Balance **$147**
Scheduled
Payment **$0**
Paid **$0**

Date **Jul 2020**
Balance **$147**
Scheduled
Payment **$0**
Paid **$0**

Date **Jun 2020**
Balance **$147**
Scheduled
Payment **$0**
Paid **$0**

Date **May 2020**
Balance **$147**
Scheduled
Payment **$0**
Paid **$0**

Date **Apr 2020**
Balance **$147**
Scheduled
Payment **$0**
Paid **$0**

Date **Mar 2020**
Balance **$147**
Scheduled
Payment **$0**
Paid **$0**

Date **Feb 2020**
Balance **$147**

Scheduled
Payment $0
Paid $0

Date **Jan 2020**
Balance **$147**
Scheduled
Payment $0
Paid $0

Date **Dec 2019**
Balance **$147**
Scheduled
Payment $0
Paid $0

Date **Nov 2019**
Balance **$147**
Scheduled
Payment $0
Paid $0

Date **Oct 2019**
Balance **$147**
Scheduled
Payment $0
Paid $0

Date **Sep 2019**
Balance **$147**
Scheduled
Payment $0
Paid $0

Date **Aug 2019**
Balance **$147**
Scheduled
Payment $0
Paid $0

Date **Jul 2019**
Balance **$147**
Scheduled
Payment $0
Paid $0

Date **Jun 2019**
Balance **$147**

Scheduled
Payment $0
Paid $0

Date Jun 2019
Balance $147
Scheduled
Payment $0
Paid $0

 **Historical Info**

Original Creditor   **KEEGO HARBOR URGENT CARE**

 **Contact Info**

Address   PO BOX 130, SAINT JOHNS MI 48879

Phone Number   (800) 395-2989

 **Comment**

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).**

# EXHIBIT #2

February 2, 2021

Equifax Information Services, Inc. P.O. Box 740241 Atlanta, Georgia 30374
Experian Information Solutions, Inc. 40600 Ann Arbor Rd. E. Ste. 201, Plymouth MI 48170 and P.O. Box 4500 Allen Texas 75013
Trans Union P.O. Box 2000 Chester, Pennsylvania 19022
Congress Collection, P.O. Box 130, Saint Johns, MI 48879

NAME: Angela Rivet
SSN:
DOB: 3/
Current Address: 3_ _____vale L

## TRADE LINE DISPUTE OF INACCURACIES NOTICE

Dear Sirs:

I am sending you this letter to dispute inaccurate information in my credit file and obtain the correction of it without any further expense. You are reporting inaccuracies I would like you to re-investigate and remove. **See attached page of my Credit Report with circled information that is inaccurate**. I do/did not owe the debt to Congress Collection.

I would like the following debt removed from my credit reports:

Name of Company: Congress Collection
Account Number: 181674X

Please send a copy of this letter and attachments to your customers when you convey my disputes. Also, please call me immediately if you need or will accept additional information to support my disputes. My phone number is 310-699-1701.

Thank you in advance for your time and help.

*Angela Rivet*
Angela Rivet

See my attached ID and **page of my credit report showing the false debt information to be removed**





**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TransUnion
P.O. Box 2000
Chester, PA ~~19022~~ 19016

9590 9402 5867 0038 2060 23

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 09 2021
TransUnion LLC

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 5867 0038 2060 23

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box

Angela Rivet
3517 ~~~~~~~ Dr
O~~~~~~~~~~~

02/14

# EXHIBIT #3

PO Box 9701
Allen, TX 75013



0002863
ANGELA M RIVET



# ANGELA M RIVET
## Dispute Results
### Report # 1353-0019-60 for 02/15/21

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to - review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

**How to read your results**
**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details.

Here are your results

**Credit Items**
CONGRESS COLLECTION 1818749 Outcome: Deleted - This item was removed from your credit report. Please review your report for the details.

**If our reinvestigation has not resolved your dispute, you have several options:**
You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P O Box 9701 Allen, Texas 75013. You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York, or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and


0013346753

# EXHIBIT #4



# TransUnion

## Personal Credit Report for Angela M Rivet

Report Date: 03/09/2021
Source: TransUnion

File Number: 310711851

You have been on our files since 10/01/1988

SSN: XXX-XX-0930
Your SSN has been masked for your protection.

Date of Birth: 03/.

**Names Reported:** ANGELA MARIE RIVET and ANGELA MARIE SAGASER

### Addresses Reported:

| Address | Date Reported |
|---|---|
| 3514 ____, MI 4 | 08/14/2017 |
| 1549 I | 08/31/2012 |
| 4911 SU ___ 123 | 06/30/2006 |
| 5433 1 ___ 18 | 04/14/2006 |
| 4911 S ___, LOS ANGELES, CA 90001 | 03/31/2006 |
| 5247 SYL___ A S____ | |
| 13636 VE ___ IA 123 | 02/10/2010 |
| 1885 RU___ | 08/21/2014 |
| 2095 KL___ ___LS, -0 | 10/29/2011 |

### Telephone Numbers Reported:
(31 ___
(8) ___

### Employment Data Reported:

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date. For any account that contains medical information, the information following 'Medical-' is not displayed to anyone but you except where permitted by law.

---



### CONGRESS COLLECTION #18167**

PO BOX 130
SAINT JOHNS, MI 48879
(800) 395-2989

| | | | | | |
|---|---|---|---|---|---|
| Placed for collection: | 03/26/2019 | Balance: | $0 | Pay Status: | >Account Paid in Full; was a Collection< |
| Responsibility: | Individual Account | Date Updated: | 03/04/2021 | | |
| Account Type: | Open Account | Payment Received: | 75 | Date Closed: | 09/02/2020 |
| Loan Type: | COLLECTION AGENCY/ATTORNEY | Last Payment Made: | 09/02/2020 | Date Paid: | 09/02/2020 |
| | | Original Amount: | $147 | | |
| | | Original Creditor: | KEEGO HARBOR URGENT CARE | | |

**Remarks:** Account information disputed by consumer (FCRA); >PAID COLLECTION<
Estimated month and year that this item will be removed: 10/2025

# EXHIBIT #5

## AFFIDAVIT OF ANGELA RIVET

STATE OF MICHIGAN )

**COUNTY OF OAKLAND)** *

Pursuant to 28 U.S.C § 1746, ANGELA RIVET, having been duly sworn and upon oath, verifies, certifies, and declares as follows:

1. I visited Keego Harbor Urgent Care for medical services that were completely covered by my health insurance back in November of 2018.
2. Someone at Keego Harbor sent the debt to Congress Collections, LLC to collect on the debt that was completely covered by my insurance.
3. Then, Congress Collections placed the debt on my Experian and Trans Union, LLC credit reports.
4. I contacted Congress Collections this year to complain and dispute the debt being on my credit report as a collection account. They agreed I did not owe the debt and promised to remove the debt.
5. The debt was not removed as promised so in February of 2021 I sent a written dispute to Experian, Trans Union and Congress Collections asking them to investigate the debt reporting because it was false and inaccurate to list a debt on my credit that I did not owe.
6. In March of 2021, Experian agreed with my dispute and removed the debt from its credit reports in my name.
7. Trans Union kept the Congress Collection debt and trade line on my credit reports with inaccurate and false information that I have disputed under the FCRA.
8. I have disputed the debt verbally and in writing to Congress Collections.
9. The false and inaccurate collection account from Congress Collections remains on my credit history today and I am suffering financial harm and damage to my reputation and credit availability and FICO scores and emotional distress because of Trans Union and Congress Collections' refusal to follow the law and investigate my dispute on a debt I do not owe.

ANGELA RIVET

DATED: 3-30-21